NUMBER 13-07-531-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_____________________________________________________ __


IN RE: VICTOR C. SANFORD


______________________________________________________ _


On Petition for Writ of Mandamus

_____________________________________________________ _


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Benavides and Vela 


Memorandum Opinion Per Curiam (1)



 Relator, Victor C. Sanford, pro se, filed a petition for writ of mandamus in the above
cause on August 30, 2007. The Court, having examined and fully considered the petition
for writ of mandamus, is of the opinion that relator has not shown himself entitled to the
relief sought. The petition generally fails to comply with Texas Rule of Appellate Procedure
52.3 and, accordingly, fails to establish: (1) that the act sought to be compelled is purely
ministerial; and (2) that there is no adequate remedy at law. 



See generally Tex. R. App. P. 52.3 (delineating the requirements for petitions in original
proceedings); Aranda v. Dist. Clerk, 207 S.W.3d 785, 786 (Tex. Crim. App. 2006). 
Accordingly, the petition for writ of mandamus is hereby DENIED. See Tex. R. App. P.
52.8(a). (2)
 

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b).

Memorandum opinion delivered and filed

this 31st day of August, 2007.

 

























 
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).
2. We dismiss relator's motion for leave to file the petition for writ of mandamus as moot because the
Texas Rules of Appellate Procedure no longer require a motion for leave in original proceedings. See
generally Tex. R. App. P. 52 & cmt.